UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLORIA GUTIERREZ GONZALEZ, | ) | |
| | ) | |
| Plaintiff, | ) | No. 12 C 0333 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Denlow |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

## COMMISSIONER'S MOTION TO AFFIRM THE COMMISSIONER'S DECISION

Defendant, Michael J. Astrue, Commissioner of Social Security, by Gary S. Shapiro, Acting United States Attorney for the Northern District of Illinois, moves pursuant to 42 U.S.C. § 405(g), for judgment to be entered affirming the Commissioner's decision.

A memorandum in support is filed with this motion.

Respectfully submitted,

GARY S. SHAPIRO
Acting United States Attorney

By: s/ LaShonda A. Hunt
    LASHONDA A. HUNT
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-4190
    lashonda.hunt@usdoj.gov